BURNS, Appellant, v. MURRAY et al., Respondents

(36 N. W.2d 382.)

(File No. 8997. Opinion filed March 14, 1949.)

**Richard M. Burns,** of Rapid City, pro se.

**E. V. Morrill, of Sturgis,** for Defendants and Respondents.

PER CURIAM. We have reviewed with care the entire record before us on this appeal. Finding no error to the prejudice of appellant the judgment and order denying a new trial are affirmed.